CASE NO. 24-6016
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.

DAYTON PETERSON,
    *Defendant-Appellant*.

## **THIRD MOTION TO EXTEND TIME TO FILE OPENING BRIEF**

Comes the Defendant-Appellant, Dayton Peterson, and respectfully moves that this Court grant a third extension of thirty-two (32) days, up to and including May 27, 2025, in which to file his opening Brief. As reasons for the foregoing, Defendant-Appellant states as follows:

1. This is Mr. Peterson's direct appeal from his sentence, following trial, to 360 months of imprisonment.

2. Mr. Peterson's opening brief is currently due April 25, 2025.

3. This is counsel's third motion to extend time.

4. The record in this case is voluminous, encompassing nine days of trial, 56 witnesses (52 for the government, 4 for the Defendants) and voluminous exhibits.

1

5.     On Sunday, March 16, 2025, Marvin L. Coan, Attorney at Law, office mate of the undersigned counsel, died unexpectedly. Mr. Peterson thus asked the Court for an extension of time for thirty (30) days, up to and including April 25, 2025, which was granted.

6.     After prior communication with the Appellant, counsel believes in good faith that it is necessary to augment the record with the transcript of the final conference on jury instructions, which took place on the morning of March 29, 2024, before the jury came in at 9:44 a.m. To this end, counsel will immediately order said transcript of what counsel believes is approximately a one-hour hearing.

7.     Further, counsel has had difficulties in scheduling consultation with Appellant.

8.     There is no prejudice to the United States, in that Appellant continues to serve his sentence

9.     Counsel certifies that this Motion is being made in good faith and is not being made for purposes of delay.

Respectfully submitted,

/s/ Larry D. Simon
LARRY D. SIMON
American Life Building
471 West Main Street – Suite 200
Louisville, Kentucky 40202
(502) 589-4566
larrysimonlawoffice@gmail.com

Counsel for Appellant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel for all parties were served via ECF this 21st day of April, 2025.

/s/ Larry D. Simon
LARRY D. SIMON